# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Appellee, | |
| vs. | C.A. 23-1074 |
| DAVID A. LESH, | |
| | D.C. Nos.: |
| Defendant-Appellant. | 22-cr-00033-DDD-GPG |
| | 22-po-07016-GPG |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE ANSWER BRIEF

_____

The United States moves for an additional 30 days to file its answer brief, which is currently due on July 10, 2023. The United States requests a new filing date of August 9.

In support of this motion:

1. This is the first request for an extension.

2. Undersigned counsel conferred with counsel for appellant, who does not oppose the extension requested herein.

3. Undersigned counsel, who is responsible for writing the answer brief, cannot finish the brief by July 10 with the exercise of due diligence:

   a. He received the brief on June 8, when it was electronically filed with the court, after appellant was granted one 30-day extension of time to file.

   b. On June 29, he filed the government's answer brief in *United States v. Vasquez*, No. 22-1294.

   c. He has a response to a motion to vacate a conviction under 28 U.S.C. § 2255 due on July 12 in *United States v. Quintana-Ledezma*, D. Colo. No. 21-cr-00027-PAB. The deadline for this response has already been extended twice.

   d. He will be on leave for the Independence Day holiday July 3 and 4.

4. The defendant is not in custody. *See* 10th Cir. R. 27.6(F).

5. For these reasons, the United States respectfully requests a 30-day extension of time to file the answer brief, to and including August 9, 2023.

DATED this 29th day of June, 2023.

    Respectfully submitted,

    COLE FINEGAN
    United States Attorney

    /s/ Kyle Brenton
    KYLE BRENTON
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    (303) 454-0100

    Email Address:
    USACO.ECFappellate@usdoj.gov
    Kyle.Brenton@usdoj.gov

    Attorney for Defendant-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit, using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Kayla Keiter  
KAYLA KEITER  
U.S. Attorney's Office