# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff-Appellee, vs. **DAVID A. LESH,** Defendant-Appellant. | C.A. 23-1074 <br><br> D.C. Nos.: <br> 22-cr-00033-DDD-GPG <br> 22-po-07016-GPG |

## UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE ANSWER BRIEF

The United States moves for an additional 30 days to file its answer brief, which is currently due on August 9, 2023. The United States requests a new filing date of September 8.

In support of this motion:

1. This is the second request for an extension.

2. Undersigned counsel conferred with counsel for appellant, who does not oppose the extension requested herein.

3. Undersigned counsel, who is responsible for writing the answer brief, cannot finish the brief by August 9 with the exercise of due diligence:

    a. He filed a response to a motion to vacate a conviction under 28 U.S.C. § 2255 on July 12 in *United States v. Quintana-Ledezma*, D. Colo. No. 21-cr-00027-PAB.

    b. In recent weeks he has been occupied preparing time-sensitive evaluations of potential affirmative appeals in two district court cases: *Viruel Arias v. Choate*, D. Colo. No. 22-cv-02238-CNS and *Rocky Mountain Wild, Inc. v. U.S. Bureau of Land Mgmt.*, D. Colo. No. 19-cv-03171-KLM.

    c. He is scheduled to be on leave for a family vacation August 5-13.

4. The defendant is not in custody, and his sentence was stayed pending the outcome of his appeal. *See* 10th Cir. R. 27.6(F).

5. For these reasons, the United States respectfully requests a 30-day extension of time to file the answer brief, to and including September 8, 2023.

DATED this 28th day of July, 2023.

> Respectfully submitted,
>
> COLE FINEGAN
> United States Attorney
>
> /s/ Kyle Brenton
> KYLE BRENTON
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> (303) 454-0100
>
> Email Address:
> USACO.ECFappellate@usdoj.gov
> Kyle.Brenton@usdoj.gov
>
> Attorney for Defendant-Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit, using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Kayla Keiter<br>
KAYLA KEITER<br>
U.S. Attorney's Office