IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee*,<br><br>v.<br><br>DAVID A. LESH,<br>*Defendant-Appellant*. | Case No. 23-1074 |

## Unopposed Motion to Extend Time for Filing Appellant's Opening Brief

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and 10th Cir. R. 27.6, Appellant, David A. Lesh, respectfully moves for a thirty (30) day extension of time within which to file Appellant's Opening Brief from May 9, 2023 up to and including June 8, 2023. In support of this motion, Appellant states as follows:

1. On March 14, 2023, Appellant timely filed his appeal of the District of Colorado's March 10, 2023 Order Affirming Convictions.

2. On March 29, 2023, pursuant to this Court's March 15, 2023 Docketing Statement, Appellant filed the required initial documents and forms.

3. On March 30, 2023, this Court filed notice that the record was complete and ordered Appellant's brief and appendix to be due on May 9, 2023.

1

4. On April 12, 2023, Ms. Jenin Younes, who served as Mr. Lesh's counsel in his appeal of the magistrate judge's conviction order to the district court judge, left her position as litigation counsel with the New Civil Liberties Alliance ("NCLA").

5. Considering that change, undersigned counsel, and Richard A. Samp, both of NCLA, took over representation of this matter on behalf of Mr. Lesh.

6. Appellant requests an additional thirty (30) days so that undersigned counsel and Mr. Samp may familiarize themselves with the record in this case and to have adequate time to prepare the Appellant's Opening Brief and Appendix.

7. The Appellant is currently on probation pursuant to the district court's order.

8. This is Appellant's first request for an extension of time to file, and the present motion is not made for the purposes of delay.

9. This request is being filed more than 3 days before the brief is due on May 9, 2023.

10. Appellee has informed Appellant that they have "no objection" to this motion.

WHEREFORE, for the reasons stated herein, Appellant respectfully requests that the Court extend the time to file Appellant's Opening Brief and Appendix by thirty (30) days, up to and including June 8, 2023.

Respectfully submitted, this 19th day of April, 2023.

/s/ Kara M. Rollins
Kara M. Rollins
Richard A. Samp
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
Kara.Rollins@ncla.legal
Rich.Samp@ncla.legal

*Counsel for Defendant-Appellant*

## **Certificate of Compliance**

I am an attorney for Appellants. Pursuant to Fed. R. App. 27(d)(1)(E) and 27(d)(2)(A), I hereby certify that the foregoing unopposed motion is in 14-point font, proportionally spaced Times New Roman type. According to the word processing system used to prepare this motion, the word count of the motion is 350 words, not including those sections permitted to be excluded by the rules.

/s/ Kara M. Rollins
Kara M. Rollins

*Counsel for Defendant-Appellant*

**Certificate of Service**

I hereby certify that on April 19, 2023, I electronically filed the foregoing with the Clerk of Court for the U.S. Court of Appeals for the Tenth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Kara M. Rollins
Kara M. Rollins

*Counsel for Defendant-Appellant*